**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1803**

ZACHARY C. CROUCH,

Plaintiff - Appellant,

v.

BRADEN GODDARD; ZEYUN WU,

Defendants - Appellees.

and

BEN IMPSON; KASHMINDER MEHTA,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00114-DJN)

Submitted:  January 31, 2025                      Decided:  February 18, 2025

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zachary C. Crouch, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zachary C. Crouch appeals the district court's order granting Defendants' motion to dismiss Crouch's complaint as barred by Eleventh Amendment immunity and denying his requested injunctive relief as unavailable under the requirements of the Copyright Act, 17 U.S.C. §§ 101-810.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Crouch v. Goodard*, No. 3:24-cv-00114-DJN (E.D. Va. July 9, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*